IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND J. RUCKER,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL GHALY, et. al.,<br><br>    Defendants. | No. C 14-05132 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a pretrial detainee at the San Francisco Jail, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983, challenging conditions of confinement. On March 9, 2015, the Court issued an order of service, finding that Plaintiff had stated a cognizable claim under the Eighth Amendment for deliberate indifference to his serious medical needs, and ordering service upon Defendants. (Docket No. 8.) A copy of the order was sent to Plaintiff, which was returned to undeliverable on March 13, 2015, with the notation that Plaintiff was no longer in custody. (Docket No. 16.)

This action is subject to dismissal pursuant to Northern District Local Rule 3-11, which requires a party proceeding *pro se* to promptly file a notice of change of address while an action is pending. *See* L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the *pro se* party by the Court has been returned to

the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address. *See* L.R. 3-11(b). On March 13, 2015, the copy of the Court's order of service was returned as undeliverable. (Docket No. 56.) As of the date of this order, Plaintiff has not filed a notice of change of address or submitted any further pleadings in this case. More than sixty days have passed since the mail addressed to Plaintiff was returned as undeliverable. Accordingly, the instant civil rights action is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

The Clerk shall terminate any pending motions as moot.

**IT IS SO ORDERED.**

DATED: May 15, 2015

BETH LABSON FREEMAN
United States District Judge

P:\PRO-SE\BLF\CR.14\05132Rucker_LR3-11 dism.wpd                    2